IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT                                                                                         PETITIONER
ADC #128147

v.                          CASE NO.: 5:09CV00145-JLH-BD

LARRY NORRIS, Director,
Arkansas Department of Correction                                                                 RESPONDENT

## ORDER

Pending is Petitioner's Application to Proceed *In Forma Pauperis* (docket entry #3). Petitioner's Application is GRANTED. The Clerk is instructed to serve a copy of Petitioner's § 2254 petition (#1) and a copy of this Order on the Respondent and the Arkansas Attorney General by regular mail. The Court directs the Respondent to file an answer, motion, or other responsive pleading to the petition within twenty (20) days after service of this petition.

IT IS SO ORDERED this 27th day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE