IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABRAHAM GRANT**                                                                                    **PETITIONER**

v.                                    NO. 5:09CV00145 JLH-BD

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered summarily dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, without prejudice, for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 10th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE